IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:11-CV-269-MOC-DCK

| | |
|---|---|
| PREMIER DENTAL PRODUCTS COMPANY,<br><br>　　Plaintiff,<br><br>v.<br><br>DENTONICS, INC. and PRIME DENTAL MFG., INC.,<br><br>　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) concerning Michael LiPuma, filed June 16, 2011. Mr. LiPuma seeks to appear as counsel *pro hac vice* for Plaintiff Premier Dental Products Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. LiPuma is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Premier Dental Products Company.

Signed: June 16, 2011

David C. Keesler
United States Magistrate Judge